1

2

3

4

5

6

The Honorable Lauren King

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

YARA F. ABDULLA BUKER,

Plaintiff,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. 2:25-cv-02215-LK

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[PROPOSED] ORDER

Noted for Consideration:
December 18, 2025.

15    Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule

16 of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to

17 stay these proceedings until May 28, 2026. Plaintiff brought this litigation pursuant to the

18 Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship

19 and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum

20 application. Defendants' response to the Complaint is currently due on January 23, 2026. The

21 parties are currently working towards a resolution to this litigation. For good cause, the parties

22 request that the Court hold the case in abeyance until May 28, 2026.

23    Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

24 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02215-LK] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   control the disposition of the causes on its docket with economy of time and effort for itself, for

2   counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

3   P. 1.

4        With additional time, this case may be resolved without the need of further judicial

5   intervention. USCIS will complete Plaintiff's asylum interview on January 28, 2026. USCIS

6   agrees to diligently work towards completing the adjudication of her application within 120 days,

7   absent unforeseen or exceptional circumstances that would require additional time for

8   adjudication. If the adjudication is not completed within that time, USCIS will provide a status

9   report to the Court.

10       Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear

11  their own litigation costs and attorneys' fees. Accordingly, the parties request an abeyance until

12  120 days from Plaintiff's interview date, to allow USCIS to process her asylum application.

13       //

14       //

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02215-LK] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 18th day of December, 2025.

2                                        Respectfully submitted,

3                                        CHARLES NEIL FLOYD
                                         United States Attorney
4
                                         *s/ Sarah Louise Bishop*
5                                        SARAH LOUISE BISHOP, NY No. 5256359
                                         Assistant United States Attorney
6                                        United States Attorney's Office
                                         Western District of Washington
7                                        700 Stewart Street, Suite 5220
                                         Seattle, Washington 98101-1271
8                                        Phone: 206-553-4063
                                         Fax: 206-553-4067
9                                        Email: sarah.bishop@usdoj.gov

10                                       *Attorneys for Defendants*

11                                       I certify that this memorandum contains 294
                                         words, in compliance with the Local Civil Rules.
12

13

14                                       *s/Kelly Vomacka*
                                         KELLY VOMACKA, WSBA No. 20090
15                                       GIBBS HOUSTON PAUW
                                         1000 Second Avenue, Suite 1600
16                                       Seattle, Washington 98104
                                         Phone: 206-682-1080
17                                       Email: kelly.vomacka@ghp-law.net

18                                       *Attorney for Plaintiff*

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE                    UNITED STATES ATTORNEY
AND [PROPOSED] ORDER                                         700 STEWART STREET, SUITE 5220
[Case No. 2:25-cv-02215-LK] - 3                              SEATTLE, WASHINGTON 98101
                                                                      (206) 553-7970

1

<del>[PROPOSED]</del> ORDER

2    The case is held in abeyance until May 28, 2026. The parties shall submit a status update

3    on or before May 28, 2026.    Based on the parties' stipulated motion, the Court finds that the factors laid out in *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) favor a stay, and therefore GRANTS the stipulated motion.

4    It is so **ORDERED**.

5

6    DATED this ___19th___ day of __December__, 2025.

7

8

9    LAUREN KING
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:25-cv-02215-LK] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970